ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 1



**FILED**

MAY 23 2011

DAVID CREWS, CLERK
BY_____
                    Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Reginald L. Ward
                    **Plaintiff**

v.                                    CASE NO.    1:11CV119-B-S

Oktibbeha Co. Sheriff Dept.
                    **Defendant**

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Reginald Lamar Ward

   B. Name under which sentenced: Reginald L. Ward

   C. Inmate identification number: SSN# 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   MDOC# 94620

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): 111 D.L. Conner Dr. Starkville, Ms. 39759

   E. Place of confinement: Oktibbeha Co. Jail

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Dolph Bryan

   Title (Superintendent, Sheriff, etc.): Sheriff

   Defendant's mailing address (street or post office box number, city, state, ZIP): 111 D.L. Conner Dr. Starkville, Ms. 39759

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                    PAGE 2

Name: _Jimmy Vaughn_____

Title (Superintendent, Sheriff, etc.): _Jail Administrator_____

Defendant's mailing address (street or post office. box number, city, state, ZIP) _111 DL Conner Dr._____
_Starkville, Ms. 39759_____

Name: _George Carruthers_____

Title (Superintendent, Sheriff, etc.): _Cheif Deputy_____

Defendant's mailing address (street or post office box number, city, state, ZIP) _111 D.L. Conner Dr._____
_Starkville, Ms. 39759_____

Name: _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or post office box number, city, state, ZIP) _____

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3.  Have you commenced other lawsuits in any other court, ☐ Yes  ☒ No
    state or federal, dealing with or pertaining to the same facts
    that you allege in this lawsuit or otherwise relating to your
    imprisonment?

4.  If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than
    one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each
    additional sheet as being a continuation of Question 4.

    A. Parties to the lawsuit:

    Plaintiff(s): _____N A_____

    Defendant(s): _____

    B. Court: _____     C. Docket No.: _____

    D. Judge's Name: _____     E. Date suit filed: _____

    F. Date decided: _____     G. Result (affirmed, reversed, etc.): _____

5.  Is there a prisoner grievance procedure or sys-  ☐ Yes  ☒ No
    tem in the place of your confinement?

6.  If "Yes," did you present to the grievance sys-  ☐ Yes  ☐ No
    tem the same facts and issues you allege in          NA
    this complaint? (See question 9, below).

7.  If you checked "Yes" in Question 6, answer the following
    questions:

ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)      Page 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?    ☐ Yes   NA    ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?    ☐ Yes   NA    ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

NA

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

NA

ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)                                          Page 4

---

> **Special Note**: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

The Oktibbeha Co. Sheriff's Dept. does not provide us with a grievance system.

9. Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

I Reginald Y Ward am an inmate at the Oktibbeha Co. Jail. I am currently on probation with M.D.O.C. I was arrested on April 29th, 2011 for D.U.I refusal. The State Court ruled mandate: Anyone arrested for a crime should have an initial appearance within 48 hrs. I didn't get my appearance until May 5th, 2011. This was 96 hrs. I feel if we have to abide by the law, the County should have to follow State laws also. I also tried to talk to the jailers to let them know what was going on, but they didn't seem too interested. I think the person being arrested has rights also. I'm trying to see if I can get some justice. The arresting officer was responsible for getting me to court and he was nowhere to be found.

10. State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I would like some legal advice, and I would like these charges to be dismissed because of their negligence. I would also like to be compensated for the days I have missed from work. I pay child support, and I have a wife and children at home.

This Complaint was executed at (location): Oktibbeha Co. Jail

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 5/18/11

Reginald L. Ward
Plaintiff's Signature

Case: 1:11-cv-00119-NBB-JMV Doc #: 1 Filed: 05/23/11 6 of 6 PageID #: 6

Reginald Ward
111 D.L. Conner Dr.
Starkville, Ms. 39759

RECEIVED

MAY 2 3 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

ABERDEEN

United States District Court
Pro Se Law Clerk's Office
P.O. Box 704
Aberdeen, Ms. 39730